No. 75–5296. RICH ET AL. *v.* UNITED STATES; and WEBER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.